FILED
SEP 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA   '08 MJ 8813

| UNITED STATES OF AMERICA | ) Magistrate Case No.: |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) 21 U.S.C. § 952 and 960 |
| Kirk TICHENOR (1) | ) Importation of a Controlled Substance (Felony) |
| Kevin TICHENOR (2) | ) |
| Defendants. | ) |

The undersigned complainant being duly sworn states:

That on or about September 7, 2008, within the Southern District of California, defendants Kirk TICHENOR and Kevin TICHENOR did knowingly and intentionally import approximately 112.04 kilograms (246.48 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Claudia Herzog, Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 8TH DAY OF SEPTEMBER 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Kirk TICHENOR (1)

Kevin TICHENOR (2)

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Claudia Herzog.

On September 7, 2008, at approximately 2245 hours, Kirk TICHENOR, driver, was accompanied by his brother, Kevin TICHENOR, in a 2008 Sun Forestyle RV, bearing Nevada license plate number 224VGZ, as they entered the United States at the Calexico, California, East Port of Entry.

Customs & Border Protection Officer R. Ramos received negative a Customs declaration from Kirk TICHENOR. Kirk TICHENOR stated he didn't have identification because someone had broken into the RV and stolen both of their wallets. Kirk TICHENOR stated he rented the vehicle from a place in Las Vegas, Nevada, and were returning to Las Vegas where they lived. Kirk TICHENOR stated they had been in San Felipe, Mexico, since last Thursday. Officer Ramos noticed the vehicle being very clean. Officer Ramos referred Kirk and Kevin TICHENOR and the vehicle to secondary for further inspection.

In the vehicle secondary area, Officer E. Bosquet received a negative Customs declaration from Kirk TICHENOR. Kirk and Kevin TICHENOR stated they had rented the RV in Las Vegas four days ago and had gone to San Felipe for the weekend. Kirk TICHENOR stated they had stayed in a camp in San Felipe. Kevin TICHENOR stated they had left the RV unattended only for a couple of hours during the weekend. Kirk and Kevin TICHENOR stated they had slept in the RV.

Canine Enforcement Officer Pyburn advised his assigned Narcotic Detector Dog had alerted to the bed area of the RV. A subsequent inspection of the vehicle revealed thirty-five (35) packages within the bed. Officer Bosquet probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for the

indication of marijuana. The thirty-five (35) packages had a combined net weight of approximately 112.04 kilograms (246.48 pounds) of marijuana.